UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                      Chapter 13

WILLIAM H. LANCASTER AND                                    Case No. 05-B-38336
TERRI L. LANCASTER,

                      Debtors,
------------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

  Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Fishkill Dental<br>Route 52<br>Fishkill, New York 12524 | $.02 |

  Trustee's check to your order in the sum of $.02 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated: White Plains, New York
        September 16, 2011

                                        Respectfully submitted,
                                        */s/ Jeffrey L. Sapir*
                                        JEFFREY L. SAPIR
                                        Standing Chapter 13 Trustee